481 A.2d 362

Grab, Appellant, v. Harristown Dev. Corp. et al.

Reargument Denied Sept. 4, 1984.

Argued April 5, 1984. Patrick T. Sullivan, for appellant; Jeffrey B. Rettig, for appellees.

Before WICKERSHAM, OLSZEWSKI and HOFFMAN, JJ.

Order affirmed.